THE MERCHANTS' NATIONAL BANK OF WHITEHALL, Respondent, *v.* S. EDWARD CHAPIN et al., Appellants.

(Argued April 21, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 11, 1891, which modified, and affirmed as modified, a judgment in favor of plaintiff entered upon the report of a referee.

*O. A. Dennis* for appellants.

*J. Sanford Potter* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ORVILLE T. JARVIS, Respondent, *v.* THE BROOKLYN ELEVATED RAILROAD COMPANY, Appellant.

(Argued April 21, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made October 28, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*William N. Cohen* for appellant.

*M. L. Towns* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.